```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 12171
   GWENAE JACKSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-4482

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/09/2007 and was confirmed 09/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CHICAGO DEPARTMENT OF TR   SECURED              405.00         .00            .00
CITY OF CHICAGO WATER DE   SECURED              350.00         .00          18.00
WELLS FARGO BANK           CURRENT MORTG           .00         .00            .00
WELLS FARGO BANK           MORTGAGE ARRE     20543.80         .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG           .00         .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE       300.00         .00            .00
FIRST SOUTHWESTERN FINAN   SECURED VEHIC      1182.00        7.61          92.39
AMERICASH LOANS LLC        UNSECURED          3706.23         .00            .00
AMERICASH LOANS LLC        UNSECURED          2323.72         .00            .00
AMERICASH LOANS            UNSECURED         NOT FILED        .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           748.23         .00            .00
CITY OF CHICAGO PARKING    UNSECURED           534.00         .00            .00
DEPENDON COLLECTION        UNSECURED         NOT FILED        .00            .00
FIRST PREIMER BANK         UNSECURED         NOT FILED        .00            .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED        .00            .00
HSBC BERGNERS              UNSECURED         NOT FILED        .00            .00
HSBC NV                    UNSECURED         NOT FILED        .00            .00
LEADING EDGE RECOVERY SO   UNSECURED         NOT FILED        .00            .00
MARAUDER CORP              UNSECURED         NOT FILED        .00            .00
NATIONAL QUICK CASH        UNSECURED         NOT FILED        .00            .00
NATIONAL SERVICE BUREAU    UNSECURED         NOT FILED        .00            .00
PARAGON PARKWAY            UNSECURED           400.00         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1004.93         .00            .00
PREMIER CREDIT CORPORATI   UNSECURED         NOT FILED        .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED         NOT FILED        .00            .00
ROOSEVELT UNIVERSITY       UNSECURED         NOT FILED        .00            .00
SAKS INC                   UNSECURED         NOT FILED        .00            .00
SALLIE MAE INC             UNSECURED              .00         .00            .00
TCF BANK                   UNSECURED         NOT FILED        .00            .00
TEX COLLECTION AGENCY      UNSECURED         NOT FILED        .00            .00
PAYDAY LOAN                UNSECURED         NOT FILED        .00            .00
UNIVERSITY OF CHICAGO      UNSECURED         NOT FILED        .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12171 GWENAE JACKSON
```

```
RENT A CENTER              NOTICE ONLY    NOT FILED               .00              .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED               .00              .00
FIRST SOUTHWESTERN FINAN   UNSECURED         621.82               .00              .00
ARROW FINANCIAL SERV       FILED LATE        515.23               .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,334.00                             817.24
TOM VAUGHN                 TRUSTEE                                               64.76
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    1,000.00

PRIORITY                                              .00
SECURED                                            110.39
    INTEREST                                          7.61
UNSECURED                                             .00
ADMINISTRATIVE                                     817.24
TRUSTEE COMPENSATION                                64.76
DEBTOR REFUND                                         .00
                           ---------------    ---------------
TOTALS                     1,000.00               1,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 07 B 12171 GWENAE JACKSON